FREDERICK A. MANN, Appellant, *v.* WALTER MAJOR, Individually and as Superintendent of Highways of the Town of Irondequoit, Respondent.

Argued June 4, 1937; decided July 13, 1937.

498

*Frederick A. Mann* appellant in person.

*Robert W. Lochner* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.